UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN EVANGELISTA,

    Plaintiff,                               Case No. 14-cv-12569
                                             Hon. Matthew F. Leitman

v.

AUTO-WARES, LLC, *et al.*,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY (ECF #44) AND OVERRULING DEFENDANTS' OBJECTION (ECF #51)

For the reasons stated on the record on February 29, 2016, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike (ECF #44) is **DENIED** and that Defendants' Objection (ECF #51) to Plaintiff's Reply is **OVERRULED**.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  March 31, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2016, by electronic means and/or ordinary mail.

                                             s/Holly A. Monda
                                             Case Manager
                                             (313) 234-5113